# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sheryl McGowan, et al.                     , | CASE No C3:16-cv-04054 WHA |
|     Plaintiff(s) | |
| v. | ~~STIPULATION AND [PROPOSED]~~ ORDER SELECTING ADR PROCESS |
| Ford Motor Company                     , | |
|     Defendant(s) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☒ **Private ADR** (*specify process and provider*)
   Ronald Akasaka

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you **must** file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☒ other requested deadline: January 24, 2017

Date: October 26, 2016        /s/ Jeff LePere
_____
Attorney for Plaintiff

Date: October 26, 2016        /s/ Amy Maclear
_____
Attorney for Defendant

Print Form

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: November 4, 2016.

_____
U.S. DISTRICT/MAGISTRATE JUDGE

*Form ADR-Stip rev. 7-2016*