UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL L. MCGOWAN, an individual, and KIRK MCGOWAN, an individual<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY, a corporation; and DOES 1 through 75, inclusive,<br><br>　　　　Defendants. | Case No. 3:16-cv-04054-WHA<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |

GOOD CAUSE APPEARING based on the Joint Stipulation to Continue the Initial Case Management Conference is continued from November 17, 2016 at 11:00 a.m. to ~~December 14, 2016 at 11:00 p.m.~~ December 8, 2016, at 11:00 A.M0"Vj g'Ecug'O cpci go gpv Ucvgo gpv'ku'f wg'd{ 'F gego dgt''3. ''4238. ''cv'pqqp0'

IT IS SO ORDERED"

Dated: November 16, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE WILLIAM ALSUP