|   |   |
|---|---|
| 1 | ROSNER, BARRY & BABBITT, LLP |
|   | Hallen D. Rosner, SBN: 109740 |
| 2 | Jeffrey L. Le Pere, SBN: 201787 |
|   | 10085 Carroll Canyon Road, Suite 100 |
| 3 | San Diego, CA 92131 |
|   | Telephone:  (858) 348-1005 |
| 4 | Facsimile:   (858) 348-1150 |
|   | *hal@rbblawgroup.com* |
| 5 | *jeff@rbblawgroup.com* |
| 6 | Attorneys for Plaintiffs |
| 7 |   |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| SHERYL L. MCGOWAN, an individual, and KIRK MCGOWAN, an individual | Case No. 3:16-cv-04054-WHA |
| Plaintiff, | **[PROPOSED] ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| v. | |
| FORD MOTOR COMPANY, a corporation; and DOES 1 through 75, inclusive, | Judge: Hon. William H. Alsup<br>Ctrm:   8 – 19th Floor |
| Defendants. | Complaint Filed: July 19, 2016<br>Trial Date: None Set |

1  On December 7, 2016, plaintiffs SHERYL L. MCGOWAN and KIRK MCGOWAN along with defendant FORD MOTOR COMPANY, entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice, and each party shall bear their own fees and costs.

Dated: December 8, 2016.

_____
WILLIAM H. ALSUP
United States District Court Judge
Northern District of California